

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-22-00347-CV

**THE CITY OF SAN ANTONIO FIRE FIGHTERS' AND POLICE OFFICERS' CIVIL SERVICE COMMISSION**; City of San Antonio,
Appellants

v.

Gabriel **SAENZ**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI04429
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellant has filed a motion for a 30-day extension of time to file a brief. We **grant** the motion and **order** appellant's brief filed by **August 10, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2022.

_____
Michael A. Cruz,
Clerk of Court